IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA NOWAK,<br>　　Plaintiff,<br><br>v.<br><br>THOROUGHBRED SERVICES, INC.,<br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CIVIL ACTION<br>   NO. 20-2540 |

**ORDER**

**AND NOW**, this 18th day of March, 2021, it is **ORDERED** that Defendant Thoroughbred Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 7) is **GRANTED in part** and **DENIED in part** as follows:

- The motion to dismiss is **GRANTED** as to Plaintiff's wrongful discharge claim.
- The motion to dismiss is **DENIED** as to Plaintiff's Title VII and PHRA claims.

It is further **ORDERED** that Plaintiff may file an amended complaint **on or before April 8, 2021**.

                                        _s/ANITA B. BRODY, J._
                                        ANITA B. BRODY, J.

Copies **VIA ECF**