## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLGA NOWAK, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 20-2540 |
| | : | |
| THOROUGHBRED SERVICES, INC., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 16th day of December, 2021, it is **ORDERED** that Defendant

Thoroughbred Services, Inc.'s Motion to Compel Arbitration or in the Alternative Dismiss

Plaintiff's Wrongful Termination Claim (ECF No. 31) is **DENIED**.

\_\_s/ANITA B. BRODY, J.\_\_\_\_
ANITA B. BRODY, J.

Copies **VIA ECF** on

1