IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLGA NOWAK | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| THOROUGHBRED SERVICES, INC. | : | NO. 20-2540 |

# **O R D E R**

**AND NOW,** this 25th day of February 2022 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                           Kate Barkman
                                           Clerk of Court


                              By:    __s/ Joseph Walton__
                                               *Deputy Clerk*

Civ. 2 41.1(b) (3/18)